IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BUGGS, | No. C 19-0973 WHA (PR) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 challenging his state court conviction. The court issued an Order to Show Cause, but it was not served upon respondent or his attorney, the California Attorney General. Respondent is ordered to show cause why the petition should not be granted based upon the following five cognizable claims for relief: (1) the state failed to preserve material evidence; (2) evidence from an unduly suggestive identification procedure was used against him; (3) the trial court issued erroneous jury instructions; (4) the trial court admitted prejudicial evidence of other crimes; and (5) the cumulative effect of the foregoing errors was prejudicial and rendered the trial unfair.

1. The Clerk shall serve electronically a copy of this order and a Magistrate Judge jurisdiction consent form, upon the Respondent's attorney, the Attorney General of the State of California, at the following email address: SFAWTParalegals@doj.ca.gov. The Petition and the exhibits thereto are available via the Electronic Case Filing System for the Northern District of California. The Clerk shall serve by mail a copy of this order on Petitioner.

2. Respondent shall file with the court and serve on petitioner, within **ninety-one (91)**

1  **days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules
2  Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be
3  granted based on the claim found cognizable herein.  Respondent shall file with the answer and
4  serve on petitioner a copy of all portions of the state court record that are relevant to a
5  determination of the issues presented by the petition.

6  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
7  court and serving it on respondent within **twenty-eight days** of the date the answer is filed.

8  3. Respondent may file, within **ninety-one (91) days**, a motion to dismiss on procedural
9  grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the
10 Rules Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file
11 with the court and serve on respondent an opposition or statement of non-opposition within
12 **twenty-eight days** of the date the motion is filed, and respondent shall file with the court and
13 serve on petitioner a reply within **fourteen days** of the date any opposition is filed.

14 4. Petitioner is reminded that all communications with the court must be served on
15 respondent by mailing a true copy of the document to respondent's counsel.  Petitioner must
16 keep the court informed of any change of address and must comply with the court's orders in a
17 timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute
18 pursuant to Federal Rule of Civil Procedure 41(b).

19 **IT IS SO ORDERED.**

20 Dated: ~~April~~ May  1  , 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2